ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| The Boeing Company | ) | ASBCA No. 62337 |
| | ) | |
| Under Contract No. N00019-12-C-0112 *et al.* | ) | |

APPEARANCES FOR THE APPELLANT:     Scott M. McCaleb, Esq.
George E. Petel, Esq.
  Wiley Rein LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
Kara M. Klaas Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: April 3, 2020

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62337, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated: April 3, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals